GENERAL ELECTRIC COMPANY, Respondent, v. NEW YORK CONTRACT PURCHASE CORPORATION, Formerly Known as GENERAL CONTRACT PURCHASE CORPORATION, and INDUSTRIAL ACCEPTANCE CORPORATION, Defendants, Appellants. (Consolidated Action.) GENERAL CONTRACT PURCHASE CORPORATION, Formerly Known as NEW YORK CONTRACT PURCHASE CORPORATION, Appellant.— Judgment appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

DAVID POGORSKY, Appellant, v. S. & E. MOTOR HIRE CORPORATION and HAROLD MOLLOY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROCCO PITEO, Respondent, v. SAMUEL MASTER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of ROBERT R. MOGUL and MOGUL & MOGUL, INC., Petitioners, for a Certiorari Order against LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of GEORGE H. EBELING, as Administrator, etc., of MICHAEL BRENNAN, Deceased. GEORGE H. EBELING, as Administrator, Appellant; LAWRENCE A. BRENNAN, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MOLKA WINES Co., INC., Respondent, v. HERMAN L. ROSENTHAL and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.   [160 Misc. 805.]

LEROY P. WARD, INCORPORATED, Appellant, v. MORTON DOWNEY, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Townley and Glennon, JJ.

JULIUS ROMAN, Appellant, v. ANTHONY ACAMPORA, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Glennon, J., dissents and votes to reverse and deny the motion.

## (October 23, 1936.)

In the Matter of the Application of EDWARD CASSIDY, Petitioner, for a Certiorari Order against THOMAS W. HAMMOND, as Commissioner of the Department of Sanitation of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present—Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.